FILED

11/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0054

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 22-0054

---

SHANDOR S. BADARUDDIN,

        Appellant,

   v.

THE STATE OF MONTANA &

THE NINETEENTH JUDICIAL DISTRICT,

        Appellees.

---

## ORDER

---

Pursuant to authority granted under Mont. R. App. P. 26(1), Appellee the State of Montana is given an extension of time until February 22, 2023 to prepare, file and serve its answer brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 17 2022